1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Telephone: (510) 637-3500

5  Counsel for Defendant BUIE

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,             )   No. CR 06-0307-DLJ (WDB)
                                          )
13          Plaintiff,                    )
                                          )
14      v.                                )   ORDER FOR RELEASE
                                          )
15  CARLES LASHAUN BUIE,                  )
                                          )
16          Defendant.                    )
    _____)

17

18      IT IS HEREBY ORDERED that defendant Carles LaShaun Buie shall be released from

19  custody forthwith to Cornell Corrections halfway house, where he shall reside full-time.  While

20  on release, Mr. Buie shall comply with all the rules and regulations of the halfway house.  Mr.

21  Buie will also be under supervision by the Pretrial Services Agency and shall comply with all the

22  directions of the Pretrial Services officer.

23      SO ORDERED.

24

25  Date: September  22 , 2006

26

27                                          _____
                                            WAYNE D. BRAZIL
28                                          UNITED STATES MAGISTRATE JUDGE