FILED

NOV 16 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 - 12th Street, Ste. 650
   Oakland, California 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant BUIE

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )  No. CR 06-0307-DLJ
                                       )
12                Plaintiff,           )  STIPULATION AND [PROPOSED]
                                       )  ORDER FOR CONTINUANCE OF
13 v.                                  )  SENTENCING HEARING DATE
                                       )
14 CARLES BUIE,                        )  Date: November 17, 2006
                                       )  Time: 10: 00 a.m.
15                Defendant.           )  Court: Hon. D. Lowell Jensen
   _____)         U. S. District Court
16

17
        This matter is currently on calendar for sentencing on November 17, 2006, at 10:00 a.m.
18
   Defendant Carles Buie and the government, through their respective counsel, jointly stipulate and
19
   request that the matter be continued to the new date of December 8, 2006, at 10:00 a.m. At this
20
   time, sentencing preparations are in process but are not yet completed. Following the departure of
21
   one Probation Officer on a temporary leave, the case was reassigned. Due to a misunderstanding,
22
   the Probation Office issued a "final" Presentence Report without waiting for the parties to respond
23
   to the draft report. Because the Officer newly assigned to the case has also been out of the office
24
   on leave, the parties have not yet had a chance to have their objections heard. The Probation
25
   Office and parties have agreed that, under these circumstances, it is appropriate to continue the
26
   sentencing date briefly so that the Probation Office may receive and review the parties' objections

- 1 -

and corrections to the Presentence Report. The parties therefore stipulate and agree that the sentencing date should be continued until December 8, 2006. The Probation Officer has been consulted and will be available on the new date. Mr. Buie is out of custody.

SO STIPULATED.

Dated:    November 14, 2006          /S/
_____
HILARY A. FOX
Attorney for Defendant BUIE

SO STIPULATED.

Dated:    November 14, 2006          /S/
_____
VINEET GAURI
Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause appearing, IT IS HEREBY ORDERED THAT the sentencing hearing that is currently scheduled in this matter for November 17, 2006, shall be continued to December 8, 2006, at 10:00 a.m.

IT IS SO ORDERED.

Dated: 11-16, 2006          _____
D. LOWELL JENSEN
United States District Court