FILED

DEC 08 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant BUIE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CARLES BUIE,<br><br>                    Defendant. | No. CR 06-0307-DLJ<br><br>[~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

Defendant Carles Buie is currently residing at the halfway house as a condition of his pretrial supervision. Mr. Buie has been sentenced and ordered to self-surrender on January 25, 2007. The Court having concluded at sentencing that Mr. Buie should be released from the halfway house at this time, it is hereby ORDERED that Mr. Buie's conditions of pretrial release should be modified to eliminate the condition requiring him to reside at the halfway house and impose in its place the following conditions:

1. Mr. Buie shall reside with his family at 850 East Leland, Apt. 28, in Pittsburgh, California. Mr. Buie shall not change residence without prior approval from Pretrial Services.

2. Mr. Buie shall abide by a curfew as determined by Pretrial Services.

3. Mr. Buie shall not travel outside the Northern District of California.

All other conditions previously imposed shall remain in effect.

IT IS SO ORDERED.

Dated: December 8, 2006

D. LOWELL JENSEN
United States District Court